**COPPER INNOVATIONS GROUP,
LLC, Plaintiff–Appellant,**

v.

**NINTENDO CO., LTD., Nintendo of
America, Inc., Defendants–
Appellees.**

No. 2012–1622.

United States Court of Appeals,
Federal Circuit.

May 21, 2013.

Olivia T. Luk, Niro, Haller & Niro, of Chicago, IL, argued for plaintiff-appellant. With her on the brief were Timothy J. Haller and Patrick F. Solon.

Gene A. Tabachnick, Reed Smith LLP, of Pittsburgh, PA, argued for defendants-appellees. With him on the brief were Kirsten R. Rydstrom and Clay P. Hughes. Of counsel on the brief were Robert W. Faris and Michael J. Shea, Nixon & Vanderhye P.C., of Arlington, VA.

NEWMAN, LOURIE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**